# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

ERICA BRINNING and KEILA PENTASUGLIA,

    Plaintiffs,

v.                                     Case No: 5:20-cv-457-JSM-PRL

DAN HAAN LLC D/B/A MR. APPLIANCE OF MARION COUNTY, DANIEL HAAN and NANCY HAAN,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal with Prejudice as to Plaintiff Erica Brinning and Defendants Dan Haan LLC d/b/a Mr. Appliance of Marion County, Daniel Haan, and Nancy Haan (Dkt. 11). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice as to Plaintiff Erica Brinning and Defendants Dan Haan LLC d/b/a Mr. Appliance of Marion County, Daniel Haan, and Nancy Haan, each party to bear their own costs and fees.

2. The Clerk is directed to terminate Plaintiff Erica Brinning from this case.

3. Plaintiff Keila Pentasuglia's claims against Defendants remain in effect.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of March, 2021.

_JAMES S. MOODY, JR._
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record