## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

ERICA BRINNING and KEILA PENTASUGLIA,

    Plaintiffs,

v.                                **CASE NO.:** 5:20-cv-00457-Oc-30PRL

DAN HAAN LLC d/b/a MR. APPLICANCE OF MARION COUNTY and DANIEL HAAN, an individual, and NANCY HAAN, an individual.

    Defendants.

_____/

### NOTICE OF SETTLEMENT

Please take notice that pursuant to Local Rule 3.09(b) of the Rules of this Court, the undersigned hereby advises this Court that the parties have reached a full settlement in the above-styled litigation as to Plaintiff Keila Pentasuglia. The parties will seek a dismissal with prejudice upon satisfaction of the terms of the parties' Settlement Agreement and Release

**RIGGINS LAW FIRM, P.A.**
/s/Danialle Riggins
DANIALLE RIGGINS, ESQ.
Florida Bar No. 0013909
211 NW Third Street
Ocala, Florida 34475
(352)433-2400 – Office
(352) 390-6435- Fax
Driggins@Rigginslawfirm.com
Attorney for Defendants

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20 day of April 2021, I emailed the foregoing to counsel for Keila Pentasuglia, James Henson, Esq., jjhenson@forthepeople.com, aperez@forthepeople.com.

/s/Danialle Riggins
**DANIALLE RIGGINS, ESQ.**
Fla. Bar No.: 13909
Attorney for Defendants