# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

KEILA PENTASUGLIA,

    Plaintiff,

v.                                          Case No: 5:20-cv-457-JSM-PRL

DAN HAAN LLC D/B/A MR.
APPLIANCE OF MARION COUNTY,
DANIEL HAAN and NANCY HAAN,

    Defendants.
_____

## ORDER

The Court has been advised via a Notice of Settlement (Dkt. 14) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of April, 2021.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record